NOT FOR PUBLICATION

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID VALDEZ MARTINEZ, | |
| Plaintiff, | Civil Action No. 22-842 (CCC) (CLW) |
| v. | **MEMORANDUM AND ORDER** |
| INMATE JOHN DOE, et al., | |
| Defendants. | |

**CECCHI, District Judge.**

*Pro se* Plaintiff David Valdez Martinez, an inmate at Essex County Correctional Facility ("ECCF"), seeks to commence a civil rights action. ECF No. 1. Plaintiff alleges, in substance, that he was sexually assaulted by a prison guard and an inmate at the Atlanta Federal Prison. *Id.*

Plaintiff has not paid the fee to file a civil complaint, $402 ($350 plus a $52 administrative fee). Nor has Plaintiff filed an application to proceed *in forma pauperis* ("IFP")[1] which requires an affidavit demonstrating an inability to pay the fee accompanied by a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of his complaint. 28 U.S.C. § 1915(a).

**IT IS**, therefore, on this 12th day of July, 2022,

**ORDERED** that the Clerk of Court shall administratively terminate this action; and it is further

---

[1] Plaintiff's cover letter references an IFP application, but none is attached. ECF No. 1-1.

**ORDERED** that any request to reopen this action shall include either the appropriate filing fee or a completed IFP application accompanied by a certified account statement; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and a copy of said IFP application upon Plaintiff by regular U.S. mail.

**SO ORDERED.**

s/ Claire C. Cecchi
**Claire C. Cecchi, U.S.D.J.**